# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 2, 2011

No. 09-31057

Lyle W. Cayce
Clerk

United States of America

Plaintiff-Appellee

v.

Calvin Effron

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:08-CR-71-1

Before DAVIS, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Calvin Effron appeals the district court's sentence imposed and admission of purported expert evidence. We have reviewed the briefs, the record, and the applicable law. We find no reversible error, and therefore AFFIRM Effron's conviction and sentence.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.